# UNITED STATES DISTRICT COURT

for the

Eastern District of Tennessee



APR 15 2020

Clerk, U. S. District Court
Eastern District of Tennessee
at Knoxville

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No. 3:20-MJ-2103
) ~~3:19-MJ-~~
THE ELECTRONIC DEVICES MORE FULLY )
DESCRIBED IN ATTACHMENT A. )
)

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A.

located in the \_\_\_\_Eastern\_\_\_\_ District of \_\_\_\_Tennessee\_\_\_\_ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☑ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 United States Code, Sections 841, 846. | Possession with the intent to distribute controlled substances; Conspiracy to possess with the intent to distribute controlled substances. |

The application is based on these facts:

See the attachment affidavit.

☑ Continued on the attached sheet.

☐ Delayed notice of \_\_\_\_\_ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

SA TED FRANCISCO, HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 4-13-2020

_____
*Judge's signature*

City and state: Knoxville, TN

H. Bruce Guyton, U.S. Magistrate Court Judge
*Printed name and title*